IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-00047-JRH-BKE |
| | ) |
| UNIVERSITY HEALTH SERVICES, INC. | ) |
| and PIEDMONT HEALTHCARE, INC., | ) |
| | ) |
| Defendants. | ) |

**DISCLOSURE STATEMENT**
**OF PARTIES AND INTERVENORS**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 7.1.1, I hereby certify:

1) I am counsel for the following parties and intervenors:

| NAME | PARTY DESIGNATION |
|---|---|
| University Health Services, Inc.[1] | Defendant |
| Piedmont Healthcare, Inc. | Defendant |
| | |
| | |
| | |

2) This is a full and complete list of officers, directors, and trustees of the above-identified parties and intervenors:

| NAME | TITLE |
|---|---|
| Kevin Brown | President & CEO, Piedmont Healthcare, Inc. |
| | Member, Piedmont Healthcare, Inc. Board of Directors |
| | Member, Piedmont Augusta Hospital Board of Directors |
| Tom Arnold | CFO, Piedmont Healthcare, Inc. |
| Elizabeth M. Leddy | Secretary & General Counsel, Piedmont Healthcare, Inc. |
| David G. Hanna | Chair, Piedmont Healthcare, Inc. Board of Directors |
| Craig W. Wright, MD | Vice Chair, Piedmont Healthcare, Inc. Board of Directors |
| Tye Gary Darland | Member, Piedmont Healthcare, Inc. Board of Directors |
| Martin Davis | Member, Piedmont Healthcare, Inc. Board of Directors |
| Samuel Burney Hay, III | Member, Piedmont Healthcare, Inc. Board of Directors |

---

[1] University Health Services, Inc. d/b/a "Piedmont Augusta Hospital."

| Jim H. Hopkins | Member, Piedmont Healthcare, Inc. Board of Directors |
|---|---|
| Monica A. Hum, MD | Member, Piedmont Healthcare, Inc. Board of Directors |
| Gary T. Jones | Member, Piedmont Healthcare, Inc. Board of Directors |
| Cheryl K. Legette | Member, Piedmont Healthcare, Inc. Board of Directors |
| Moiz V. Master, MD | Member, Piedmont Healthcare, Inc. Board of Directors |
| David Sailors, MD | Member, Piedmont Healthcare, Inc. Board of Directors |
| Todd A. Schmidt, MD | Member, Piedmont Healthcare, Inc. Board of Directors |
| John. Somerhalder, II | Member, Piedmont Healthcare, Inc. Board of Directors |
| Warren B. Steele | Member, Piedmont Healthcare, Inc. Board of Directors |
| Frederick E. Wilms, MD | Member, Piedmont Healthcare, Inc. Board of Directors |
| Eugene F. McManus | Chairman, Piedmont Augusta Hospital Board Executive Committee & Vice Chairman, Piedmont Augusta Hospital Board of Directors |
| Daniel H. Boone, M.D. | Member, Piedmont Augusta Hospital Board Executive Committee & Piedmont Augusta Hospital Board of Directors |
| Atoya Jones | Recording Secretary, Piedmont Augusta Hospital Board Executive Committee<br>Assistant Secretary, Piedmont Augusta Hospital Board of Directors |
| William P. Doupé | Member, Piedmont Augusta Hospital Board Executive Committee & Piedmont Augusta Hospital Board of Directors |
| Hugh L. Hamilton | Member, Piedmont Augusta Hospital Board Executive Committee |
| Levi W. Hill, IV | Member, Piedmont Augusta Hospital Board Executive Committee & Piedmont Augusta Hospital Board of Directors |
| Lily J. Henson, MD (CEO) | Member, Piedmont Augusta Hospital Board Executive Committee & Piedmont Augusta Hospital Board of Directors |
| Hugh L. Hamilton | Chairman, Piedmont Augusta Hospital Board of Directors |
| Terry D. Elam | Member, Piedmont Augusta Hospital Board of Directors |
| Sanford Loyd | Member, Piedmont Augusta Hospital Board of Directors |
| James C. Sherman, M.D. | Piedmont Augusta Hospital Board of Directors |
| Becky Smith | Member, Piedmont Augusta Hospital Board of Directors |
| Edward Tarver | Member, Piedmont Augusta Hospital Board of Directors |
| Charlie Brown, MD (EO) | Member, Piedmont Augusta Hospital Board of Directors |
| David Belkoski | Chief Financial Officer, Piedmont Augusta Hospital |

3) This is a full and complete list of all other persons, associations of persons, firms, partnerships, subsidiaries and parent corporations, and organizations which have a financial interest in, or another interest which could be substantially affected by, the outcome of this case, including any parent or publicly-held corporation that holds ten percent (10%) or more of a party's stock (if no such individual or entity, state NONE):

| NAME | TITLE/RELATIONSHIP |
|---|---|
| Piedmont Healthcare, Inc. | Defendant |
| University Health Services, Inc. d/b/a Piedmont Augusta Hospital | Defendant |
|  |  |
|  |  |
|  |  |

4) **If jurisdiction is based on diversity of citizenship, counsel must also provide the following disclosure.**  This is a full and complete list of every individual or entity whose citizenship is attributable to a party or intervenor:

| NAME | RELATIONSHIP | CITIZENSHIP |
|---|---|---|
|  |  |  |
|  |  |  |

Dated: April 26, 2023.

Respectfully submitted,

/s Edward H. Wasmuth, Jr.
Edward H. Wasmuth, Jr., Georgia Bar No. 739636
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3503
ewasmuth@sgrlaw.com

Emily E. Friedman
(admission application in process)
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3948
efriedman@sgrlaw.com

*Attorneys for Defendants University Health Services, Inc. and Piedmont Healthcare, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the within and foregoing pleading upon all parties to this proceeding by causing true and correct copies thereof to be deposited in the United States mail, proper first class postage prepaid, addressed as follows:

John B. Long
Thomas W. Tucker
P.O. Box 2426
453 Greene Street
Augusta, GA 30903

I further certify that, on this day, I also electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

Date: April 26, 2023.

/s Edward H. Wasmuth, Jr.
Edward H. Wasmuth, Jr., Georgia Bar No. 739636
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3503
ewasmuth@sgrlaw.com

*Attorneys for Defendants University Health Services, Inc. and Piedmont Healthcare, Inc.*

SGR/42512006.2