IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| ROBERT M. TAYLOR, III, et al. ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | CASE NO. |
| VS. ) | 1:23-cv-00047-JRH-BKE |
| ) | |
| UNIVERSITY HEALTH SERVICES, INC. ) | |
| and PIEDMONT HEALTHCARE, INC., ) | |
| ) | |
| DEFENDANTS ) | |

**PLAINTIFFS' NOTICE OF INTENT
TO FILE SUPPLEMENTAL BRIEF IN SUPPORT
OF PLAINTIFFS' MOTION TO REMAND**

NOW COME the Plaintiffs in the above-captioned case and give notice, within fourteen (14) days of May 19, 2023, of their intent to file a Supplemental Brief in Support of Plaintiffs' Motion to Remand.

This 25th day of May, 2023.

                                                              */s/John B. Long*
                                                              JOHN B. LONG, ESQ.
                                                              Georgia State Bar No. 457200

                                                              */s/Thomas W. Tucker*
                                                              THOMAS W. TUCKER, ESQ.
                                                              Georgia State Bar No. 717975

                                                              Attorneys for Plaintiffs

OF COUNSEL:
TUCKER LONG, P.C.
P. O. BOX 2426
453 GREENE STREET
AUGUSTA, GA 30903
(706) 722-0771
(706) 722-7028 Fax
jlong@tuckerlong.com
ttucker@tuckerlong.com

## CERTIFICATE OF SERVICE

This is to certify that on this date, the foregoing Notice of Intent to File Supplemental Brief in Support of Plaintiffs' Motion to Remand was filed with the Clerk of Court in accordance with ECF rules using the CM/ECF system and was served electronically upon counsel for the other parties and by placing a copy of same in the United States Mail with adequate postage thereon, properly addressed to:

Edward H. Wasmuth, Jr., Esq.
Emily E. Friedman, Esq.
Smith Gambrell & Russell, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA  30309
ewasmuth@sgrlaw.com
efriedman@sgrlaw.com

This _____ day of May, 2023.

/s/ **John B. Long**
JOHN B. LONG, ESQ.
Georgia State Bar No. 457200

/s/ **Thomas W. Tucker**
THOMAS W. TUCKER, ESQ.
Georgia State Bar No. 717975

Attorneys for Plaintiffs