**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| ROBERT M. TAYLOR, III et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   Case No. 1:23-cv-00047-JRH-BKE |
| | ) |
| UNIVERSITY HEALTH SERVICES, INC. | ) |
| and PIEDMONT HEALTHCARE, INC., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF INTENT TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO DISMISS**

NOW COME defendants University Health Services, Inc. ("UHS") and Piedmont Healthcare, Inc. ("Piedmont Healthcare") (collectively, "Defendants") in the above-captioned case and give notice of their intent to file a supplemental brief in support of their motion to dismiss, within fourteen (14) days of June 28, 2023.

Dated: June 29, 2023.

Respectfully submitted,

*/s Edward H. Wasmuth, Jr.*
Edward H. Wasmuth, Jr., Georgia Bar No. 739636
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3503
ewasmuth@sgrlaw.com

Emily E. Friedman
(admission application in process)
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3948
efriedman@sgrlaw.com

*Attorneys for Defendants University Health Services, Inc. and Piedmont Healthcare, Inc.*

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this day, I electronically filed the foregoing Notice of Intent with the Clerk of Court using the CM/ECF system, which will send notification of such filing to attorneys of record.

Date: June 29, 2023.

*/s/ Edward H. Wasmuth, Jr.*
Edward H. Wasmuth, Jr., Georgia Bar No. 739636
SMITH GAMBRELL & RUSSELL, LLP
1105 W. Peachtree Street, NE
Suite 1000
Atlanta, GA 30309
404.815.3503
ewasmuth@sgrlaw.com

*Attorneys for Defendants University Health Services, Inc. and Piedmont Healthcare, Inc.*