AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROBERT M. TAYLOR, III, et al.,

    Plaintiffs,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 123-047

UNIVERSITY HEALTH SERVICES, INC. and PIEDMONT HEALTHCARE, INC.,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated December 14, 2023, Defendants' Motion to Dismiss is denied and Plaintiffs' Motion to Remand is granted; therefore, this case is hereby remanded to the Superior Court of Richmond County, Georgia.  This case stands closed.



12/14/2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

*(signature: Jamie Hodge)*
(By) Deputy Clerk

GAS Rev 10/2020